NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARPLAY, INC.,**
*Appellant*

v.

**CUSTOMPLAY, LLC,**
*Appellee*

---

2016-1152, -1153

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR 2014-00339 and IPR 2014-00383.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than January 4, 2016.

2                      CLEARPLAY, INC. v. CUSTOMPLAY, LLC

                                                 FOR THE COURT

                                                 <u>/s/ Daniel E. O'Toole</u>
                                                 Daniel E. O'Toole
                                                 Clerk of Court

s26