FORM 8.  Entry of Appearance

Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CLEARPLAY, INC.          v.   CUSTOMPLAY, LLC

No.  16-1152,-1153

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:   CLEARPLAY, INC.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant

☒ Appellant       ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☐ Respondent or appellee

| | |
|---|---|
| Name: | JAMES BURTON |
| Law Firm: | KIRTON MCCONKIE |
| Address: | 1800 WORLD TRADE CENTER, 60 EAST SOUTH TEMPLE |
| City, State and Zip: | SALT LAKE CITY, UTAH 84111 |
| Telephone: | 801-323-5998 |
| Fax #: | |
| E-mail address: | JBURTON@KMCLAW.COM |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  November 6, 2015          Signature of pro se or counsel  /s/James Burton

cc: _____

Reset Fields

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   | Nov 6, 2015 |
by:

    ☐ US mail
    ☐ Fax
    ☐ Hand
    ☒ Electronic Means
       (by email or CM/ECF)

| James Burton |            | /s/James Burton |
Name of Counsel                    Signature of Counsel

Law Firm   | Kirton McConkie |

Address   | 1800 World Trade Center, 60 East South Temple |

City, State, ZIP   | Salt Lake City, Utah 84111 |

Telephone Number   | 801-323-5998 |

FAX Number   |            |

E-mail Address   | jburton@kmclaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.